UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. SMITH,
        Plaintiff,

No. 1:08-cv-661

-v-

HONORABLE PAUL L. MALONEY

KURT JONES, ET AL.,
        Defendants.

## JUDGMENT

Having granted Defendants' motions for summary judgment, dismissed the federal claims in the complaint, and declined to exercise supplemental jurisdiction over the state law claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 29, 2010                                /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge